**Order filed May 29, 2015**



# In The

# Eleventh Court of Appeals

_____

## No. 11-15-00124-CV

_____

## IN RE THE STATE OF TEXAS EX REL. MICHAEL MUNK

### Original Mandamus Proceeding

## O R D E R

This is an original mandamus proceeding filed by Relator, the State of Texas, acting by and through the District Attorney for the 106th Judicial District, Michael Munk. Relator seeks an "emergency temporary stay" requesting a stay of the enforcement of an "order granting petition for writ of mandamus" issued on May 28, 2015, in Trial Court Cause No. 15-05-17045, styled *In re Phillip Jason Tong*, in the 106th District Court of Gaines County, Texas.

Pursuant to the authority of TEX. R. APP. P. 52.10(b), Relator's motion seeking temporary relief is granted. The enforcement of the "order granting petition for writ of mandamus" is stayed for all purposes pending further order of this court.

PER CURIAM

May 29, 2015
Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.